(Official Form 1) (04/07)

| United States Bankruptcy Court<br>District of Delaware | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**SPYRUS, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**dba Terisa Systems, Inc.**<br>**dba Blue Money Software Company** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No. (if more than one, state all): **77-0321591** | Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**1860 Hartog Drive**<br>**San Jose, CA**<br>ZIPCODE **95131** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>ZIPCODE |
| County of Residence or of the Principal Place of Business: | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address)<br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIPCODE | |

**Type of Debtor**
(Form of Organization)
(Check one box.)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☑ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box.)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☑ Other

**Tax-Exempt Entity**
(Check box, if applicable.)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box.)**

- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☑ Debts are primarily business debts.

**Filing Fee (Check one box)**

- ☑ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors:**

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2,190,000.

Check all applicable boxes:
- ☑ A plan is being filed with this petition
- ☑ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| ☐ $0 to $10,000 | ☐ $10,000 to $100,000 | ☑ $100,000 to $1 million | ☐ $1 million $100 million | ☐ More than $100 million |
|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,000 to $100,000 | ☐ $100,000 to $1 million | ☑ $1 million $100 million | ☐ More than $100 million |
|---|---|---|---|---|

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

VOLUNTARY PETITION

(Official Form 1) (04/07)                                                                 **FORM B1, Page 2**

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**SPYRUS, Inc.** |
|---|---|

### Prior Bankruptcy Case Filed Within Last 8 Years (If more than one, attach additional sheet)

| Location<br>Where Filed:**None** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>**None** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by § 342(b) of the Bankruptcy Code.<br><br>X _____<br>    Signature of Attorney for Debtor(s)                         Date |
|---|---|

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☑ No

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

  ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

  ☐ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Statement by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____

(Name of landlord or lessor that obtained judgment)

_____

(Address of landlord or lessor)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

© 1993-2007 EZ-Filing, Inc [1-800-998-2424] - Forms Software Only

(Official Form 1) (04/07)

| Voluntary Petition | FORM B1, Page 3 |
|---|---|
| *(This page must be completed and filed in every case)* | Name of Debtor(s):<br>SPYRUS, inc. |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney

*Neil B. Glassman*

Signature of Attorney for Debtor(s)

Neil B. Glassman (No. 2087)
Printed Name of Attorney for Debtor(s)

Bayard, P.A.
Firm Name

222 Delaware Ave., 9th Fl.
Address

Wilmington, DE 19801

(302) 655-5000
Telephone Number

March 10, 2008
Date

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____
Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

_____
Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

Sue J. Portius
Printed Name of Authorized Individual

President + CEO
Title of Authorized Individual

March 10, 2008
Date

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Form Software Only

VOLUNTARY PETITION

## ANNEX TO VOLUNTARY PETITION

The Debtor and each of the affiliated entities listed below filed in this court a voluntary petition for relief under chapter 11 of title 11 of the United States Code:

Terisa Systems, Inc., a Delaware Corporation

Spyrus, Inc., a California Corporation

Blue Money Software, Inc., a California Corporation

**SPYRUS, INC.**

**Unanimous Written Consent of Directors
In Lieu of Meeting**

The undersigned, being all of the directors of SPYRUS, INC., a California corporation (the "Corporation"), do hereby adopt the following resolutions by unanimous written consent pursuant to Section 307(c) of the California General Corporation Law and direct that the following shall be the actions of the Corporation as fully as if a formal meeting had been held on February 19, 2008:

WHEREAS, the Board has considered the current and prospective financial and operational aspects of the Corporation's business and has reviewed the historical performance of the Corporation and the current and long-term liabilities of the Corporation;

WHEREAS, the Corporation is the sole shareholder of Blue Money Software, Inc., a California Corporation, and the sole shareholder of Terisa Systems, Inc., a Delaware corporation (collectively, the "Subsidiaries");

WHEREAS, the Board intends for the Corporation to make a voluntary petition under the provisions of Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware;

WHEREAS, the Board has reviewed, considered, and received the recommendations of the senior management of the Corporation and professionals and advisors to the Corporation as to the terms of potential restructurings that could be implemented during the course of the bankruptcy proceedings; and

NOW, THEREFORE, IT IS HEREBY:

RESOLVED, that after consultation with and in reliance on the advice of management and the outside attorneys and advisors to the Corporation, in the judgment of the Board, it is desirable and in the best interests of the Corporation, its creditors, shareholders and other interested parties, that a voluntary petition be filed by the Corporation in the United States Bankruptcy Court for the District of Delaware under the provisions of Chapter 11 of the United States Bankruptcy Code;

RESOLVED, that DLA Piper US LLP and Bayard P.A. be retained to act as counsel to the Corporation in connection with the filing and prosecution of its chapter 11 case;

RESOLVED, that the officers of the Corporation be, and each of them hereby is, authorized, empowered and directed to execute and file in the name and on behalf of the Corporation all petitions, schedules, lists, affidavits and other papers or documents, and to take any and all other actions, action which such officers deem necessary or proper in connection with the Corporation's chapter 11 case;

RESOLVED, that the officers of the Corporation be, and each of them hereby is, authorized, empowered and directed in the name and on behalf of the Corporation to execute and file any and all documentation or pleadings, including but not limited to (a) pleadings seeking confirmation of a chapter 11 plan of reorganization, and (b) pleadings seeking court approval of debtor-in-possession financing, in each case on such terms and conditions as are available to the Corporation and reasonable under the circumstances.

RESOLVED, that the officers of the Corporation be, and each of them hereby is, authorized, empowered and directed to cause the Corporation to cast such votes and to take such other actions in the Corporation's capacity as a shareholder of the Subsidiaries as such officers may deem necessary or advisable to effectuate the purposes and intentions of the foregoing resolutions;

RESOLVED, that the officers of the Corporation be, and each of them hereby is, authorized, empowered and directed in the name and on behalf of the Corporation to approve that certain Outline of Terms for Pre-Packed POR-Spyrus, Inc. and to prepare, execute, deliver, file or serve all agreements, instruments, certificates, schedules, and other papers or documents to effectuate the transactions described therein;

RESOLVED, that the officers of the Corporation be, and each of them hereby is, authorized, empowered and directed to execute and deliver any and all other agreements, instruments, certificates and other documents, to pay such fees and taxes, to give such notices, to make such filings, to obtain such governmental and third-party consents, and to take such actions in the name and on behalf of the Corporation as such officers may deem necessary or advisable to effectuate the purposes and intentions of the foregoing resolutions; and

RESOLVED, that the authority and power given under the foregoing resolutions shall be deemed retroactive and any and all acts authorized thereunder performed prior to the passage of the foregoing resolutions be, and they hereby are, ratified and approved.

NEWY1\8199480.2 2/15/08

This Unanimous Written Consent may be executed by facsimile signature in any number of counterparts, each such counterpart to be deemed an original instrument, but all such counterparts together to constitute but one Unanimous Written Consent.

IN WITNESS WHEREOF, each of the undersigned has duly executed this Unanimous Written Consent as of the date set forth above.

_____
Sue J. Pontius

_____
Paul Raines

_____
John D. Miller

_____
Thomas P. Dickens

_____
Scott Solano

This Unanimous Written Consent may be executed by facsimile signature in any number of counterparts, each such counterpart to be deemed an original instrument, but all such counterparts together to constitute but one Unanimous Written Consent.

IN WITNESS WHEREOF, each of the undersigned has duly executed this Unanimous Written Consent as of the date set forth above.

_____
Sue J. Fontier

_____
Paul Raines

_____
John D. Miller

_____
Thomas P. Dickens

_____
Scott Solano

This Unanimous Written Consent may be executed by facsimile signature in any number of counterparts, each such counterpart to be deemed an original instrument, but all such counterparts together to constitute but one Unanimous Written Consent.

IN WITNESS WHEREOF, each of the undersigned has duly executed this Unanimous Written Consent as of the date set forth above.

_____
Sue J. Pontius


_____
Paul Raines


_____
John D. Miller


_____
Thomas P. Dickens


_____
Scott Solano

NBWYIT\81994\80.2 2/15/08

This Unanimous Written Consent may be executed by facsimile signature in any number of counterparts, each such counterpart to be deemed an original instrument, but all such counterparts together to constitute but one Unanimous Written Consent.

IN WITNESS WHEREOF, each of the undersigned has duly executed this Unanimous Written Consent as of the date set forth above.

_____

Sue J. Pontius

_____

Paul Raines

_____

John D. Miller

_____

Thomas P. Dickens

_____

Scott Solano

- 3 -

**United States Bankruptcy Court**
**District of Delaware**

IN RE:                                                                    Case No. _____

SPYRUS, Inc.                                                         Chapter **11**
                            Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br>Name of creditor and complete mailing address including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5)<br>Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| John Miller<br>41 Applegreen Drive<br>Old Westbury, NY  11568 | | | | 5,562,000.00<br>Collateral:<br>0.00<br>Unsecured:<br>5,562,000.00 |
| SCM Microsystems, Inc.<br>Attn: CFO<br>41470 Christy Street<br>Fremont, CA  94539 | | | | 1,282,375.00 |
| Episode Holding, Inc.<br>C/O Mr. Alan Lim<br>8 Cross Stree, #11-00 (WC Building)<br>Singapore 048424, | | | | 868,194.44 |
| GOI Strategic Investments (HK) Limited<br>Attn: Harry Ong Kim Seng<br>17th Floor No. 1, Hysan Ave.<br>Calisenay Bay -Hong Kong, | | | | 849,791.67 |
| Thomas P. Dickens<br>520 High Drive<br>Laguna Beach, CA  92651 | | | | 432,569.44 |
| DP Hilton Associates<br>Attn: Raymond J. Polley Jr.<br>520 Franklin Ave.<br>Garden City, NY  11530 | | | | 431,666.67 |
| Sue Pontius<br>1275 Lakeside Drive #1178<br>Sunnyvale, CA  94085 | | | | 331,770.98 |
| Thomas P. Dickens<br>520 High Drive<br>Laguna Beach, CA  92651 | | | | 307,287.90 |
| Bernd Erwin Gerhard Meier<br>C/O Nicholas Efthymiou<br>612 Riviera<br>Tampa, FL  33606 | | | | 213,854.17 |
| Ed Almojuela<br>11160 Anderson Landing NW<br>Silverdale, WA  98383 | | | | 131,580.05 |
| Thomas P. Dickens<br>520 High Drive<br>Laguna Beach, CA  92651 | | | | 122,385.28<br>Collateral:<br>0.00<br>Unsecured:<br>122,385.28 |

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| | | |
|---|---|---:|
| **Rich Skibo**<br>**16 Dorland Farm Ct**<br>**Skillman, NJ 08558** | | 103,428.00 |
| **Jack Young**<br>**1467 Myrtle Ave**<br>**San Jose, CA 95118** | | 94,656.00 |
| **Maurice Quiroz**<br>**834 Fulton Avenue**<br>**San Leandra, CA 94577** | | 86,612.00 |
| **Paul Chau**<br>**26 Travis Rd.**<br>**Natick, MA 01760** | | 84,274.60 |
| **Duane Linsenbardt**<br>**5532 Sweigert Rd.**<br>**San Jose, CA 95132** | | 81,760.00 |
| **Rick Bruce**<br>**491 So. Pastoria Ave.**<br>**Sunnyvale, CA 94086** | | 78,922.93 |
| **Mike Perretta**<br>**3831 Brommer St**<br>**Santa Cruz, CA 95062** | | 75,624.63 |
| **Sheldon & Mak**<br>**100 Corson St.**<br>**Pasadena, CA 91103** | **Midawna Williams** | 61,667.50 |
| **BCIA New England Holdings LLC**<br>**C/O Paul David Machado**<br>**69 Franklin Street**<br>**Boston, MA 02110** | **Disputed** | 61,030.70 |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, [the president *or* other officer *or* an authorized agent of the corporation][*or* a member *or* an authorized agent of the partnership] named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: _____    Signature: _____

_____
(Print Name and Title)

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

**United States Bankruptcy Court**
**District of Delaware**

IN RE:                                    Case No. _____

SPYRUS, Inc. _____ Chapter **11** _____
                         Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.

Date: _____    Signature: _____
                                                              Debtor

Date: _____    Signature: _____
                                                      Joint Debtor, if any

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] Forms Software Only

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | : |
| | :    Chapter 11 |
| TERISA SYSTEMS, INC., a Delaware | : |
| Corporation, *et. al.*, | :    Case No. 08-_____ ( ) |
| | : |
| Debtors. | :    (Jointly Administered) |
| | : |

## LIST OF EQUITY SECURITY HOLDERS[1]

Spyrus, Inc. (the "Debtor") hereby files the attached List of Equity Security

Holders pursuant to Rule 1007(a)(3) of the Federal Rules of Bankruptcy Procedure.

Dated: March 10, 2008

                                  Sue Pontius
                                    President and Chief Executive Officer

---

[1] Due to the exigent circumstances of the filing of the chapter 11 petition, the Debtor reserves the right to amend this list.

**United States Bankruptcy Court**
**District of Delaware**

IN RE:                                                                    Case No. _____

SPYRUS, Inc.                                                          Chapter 11_____

_____Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| 4C Ventures, L.P.<br>Attn: Giuliano Raviola<br>11911 Placer Spring Court<br>Cupertino, CA 95014 | 10,407 | Common Stockholder |
| A.G. Regular Edwards IRA<br>C/O Thomas Dickens<br>520 High Dr<br>Laguna Beach, CA 92651 | 25,000 | Preferred Stockholder |
| Aimee Mikolasik<br>346 Meridian Drive<br>Redwood Shores, CA 94085 | 18 | Common Stockholder |
| Alan W. Jackson<br>15859 Berlin Turnpike<br>Purcellville, VA 20132 | 250 | Preferred Stockholder |
| Alan W. Jackson<br>15859 Berlin Turnpike<br>Purcellville, VA 20132 | 25,000 | Preferred Stockholder |
| Alex Matthews<br>809 Duncardine Way<br>Sunnyvale, CA 94087 | 61 | Common Stockholder |
| America Online<br>Attn: Miles Gilburne<br>22000 AOL Way<br>Dulles, VA 20166 | 10,407 | Common Stockholder |
| Anthony F. Sica<br>4520 Meadow Creek Rd.<br>Placerville, CA 95667 | 300,000 | Preferred Stockholder |
| April A. Shurgar<br>1139 Peterson Farms Rd.<br>Carlisle, AR 72024 | 150 | Common Stockholder |
| Aryanto Hadi<br>3048 Arguello Drive<br>Burlingame, CA 94010 | 6,250 | Common Stockholder |
| Aryanto Hadi<br>3048 Arguello Drive<br>Burlingame, CA 94010 | 12,500 | Preferred Stockholder |
| Barbara Triolo<br>3152 San Luis Rey<br>San Jose, CA 95118 | 125 | Common Stockholder |
| Barrett Bridenhagen<br>11085 Beach Road<br>Sister Bay, WI 24234 | 50 | Common Stockholder |
| Ben Kavanagh<br>967 Hayes St.<br>San Francsisco, CA 94117 | 1,987 | Common Stockholder |
| Ben Yeo Chee Seung<br>1 Fith Avenue #02-07<br>Singapore - 268802, | 25,000 | Preferred Stockholder |

© 1993-2007 EZ-Filing, Inc [1-800-998-2424] - Forms Software Only

LIST OF EQUITY SECURITY HOLDERS

| | | |
|---|---|---|
| Bernd Erwin Gerhard Meier<br>C/O Nicholas Efthymiou<br>612 Riviera<br>Tampa, FL 33606 | 250,000 | Preferred Stockholder |
| Bo Jin<br>1235 Ayala Dr., #21<br>Sunnyvale, CA 94086 | 83 | Common Stockholder |
| Bradly A. Jendersee<br>4185 Cresiente Drive<br>Santa Barbara, CA 93110 | 750,000 | Preferred Stockholder |
| Brian A. Kowal | 311 | Common Stockholder |
| Brian Korver | 329 | Common Stockholder |
| Bridget Jehnigng<br>1804 Hidgon Ave., #2<br>Mt. View, CA 94041 | 9 | Common Stockholder |
| C7J Moore Superfund<br>ABN 19-556-729-392<br>N/A | 24,321 | Common Stockholder |
| Cathy Weinberg<br>5912 McCullom Lake Road<br>Wonderlake, IL 60097 | 1,000 | Common Stockholder |
| Cecilia Cecil<br>8 Sherwood Dr.<br>Conway, AR 72032 | 50 | Common Stockholder |
| Charles Scruggs, Jr.<br>N/A | 2,749 | Common Stockholder |
| Christine Bridenhagen<br>11085 Beach Road<br>Sister Bay, WI 54234 | 150 | Common Stockholder |
| Christopher Cornelius Layton<br>66386 G. Haleiwa Beach Rd.<br>Haleiwa, Oahu, HI 96712 | 125 | Common Stockholder |
| Commercial San Antonio SA<br>C/O Francis Verstaeten<br>Av Del Liberador 2558<br>Buenos Ares 1425 - Arg., | 125,000 | Preferred Stockholder |
| Compuserve Corporation<br>Attn: T.F. Claypoole<br>5000 Arlington Centre Blvd.<br>Columbus, OH 43220 | 10,407 | Common Stockholder |
| Daniel Dickens<br>932 Holmes<br>Bettendorf, IA 53722 | 3,600 | Common Stockholder |
| Daniel Lanovaz | 31 | Common Stockholder |
| David Kaiser | 2,163 | Common Stockholder |
| Debbie L. Cabaj<br>600 Central Ave., #144<br>Riverside, CA 92507 | 50 | Common Stockholder |
| Delaware Charter Guarantee & Trust Co.<br>As Trustee FBO Louis Brown<br>P.O. Box 8963<br>Wilmington, DE 19899 | 2,750 | Preferred Stockholder |
| Dennis B. Shields<br>12531 Paseo Cerro<br>Saratoga, CA 95070 | 627 | Common Stockholder |
| Dennis I. Oshiba<br>734 Overture Court<br>San Jose, CA 95134 | 2,225 | Common Stockholder |
| Dollie Pontius<br>116 Deer Ridge Drive<br>Chelsea, AL 35043 | 1,750 | Common Stockholder |

© 1993-2007 EZ-Filing, Inc (1-800-998-2424) - Forms Software Only

| | | |
|---|---|---|
| Donald Earl Pontius<br>16417 Birkdale Drive<br>Odessa, FL 33556 | 1,750 | Common Stockholder |
| Donald Earl Pontius<br>16417 Birkdale Drive<br>Odessa, FL 33556 | 1,100 | Preferred Stockholder |
| Donald Earl Pontius<br>16417 Birkdale Drive<br>Odessa, FL 33556 | 12,500 | Preferred Stockholder |
| Dorros Family Partners LLC<br>C/O Dr. Gerald Dorros<br>25933 N. 108th Place<br>Scotssdale, AZ 85255 | 50,000 | Preferred Stockholder |
| Dual Dimensions LTD.<br>C/O Tan Gek Leng For Irawa Sugeng<br>Goldman Sachs - 80 Raffles Place #16-20<br>UOB Plaza 2 - Singapore,    048624 | 125,000 | Preferred Stockholder |
| Eddy And Lily Santoso<br>3909 Stevenson Blvd #201<br>Fremont, CA 94538 | 6,250 | Common Stockholder |
| Eddy And Lily Santoso<br>3909 Stevenson Blvd #201<br>Fremont, CA 94538 | 50,000 | Preferred Stockholder |
| Edward Almojuela<br>11160 Anderson Landing NW<br>Silverdale, WA 98383 | 4,618 | Common Stockholder |
| Edward M Borwn And Catherine Brown<br>2821 Steiner<br>San Francisco, CA 94123 | 62,500 | Preferred Stockholder |
| Elgin Lee | 192 | Common Stockholder |
| Elizabeth Drosihn<br>18A St. John Court<br>Vovato, CA 94947 | 150 | Common Stockholder |
| Elizabeth Silva<br>N/A | 105 | Common Stockholder |
| Elly L.V. Peterson<br>55 Scenic Blvd.<br>Little Rock, AR 72207 | 25 | Common Stockholder |
| Enterprise Integration Technologies Corp<br>3 Lagoon Drive, Suite 400<br>Redwood City, CA 94065 | 5,940 | Common Stockholder |
| Episode Holding, Inc.<br>C/O Mr. Alan Lim<br>8 Cross Stree, #11-00 (WC Building)<br>Singapore 048424, | 1,357,500 | Preferred Stockholder |
| Eric John Wheeler Layton<br>P.O. Box 767<br>Tiburon, CA 94920 | 5,075 | Common Stockholder |
| Eric Layton | 150 | Common Stockholder |
| Eric Rescorla<br>N/A | 1,109 | Common Stockholder |
| Erin Mitchell<br>5117 Sherwood Road<br>Little Rock, AR 72207 | 50 | Common Stockholder |
| Frank Paul Sanoica<br>2116 Davis Court<br>Rolling Meadows, IL 60008 | 1,250 | Common Stockholder |
| Franklin R. Jackson | 325 | Common Stockholder |
| Frederick Bulligner<br>P.O Box 1105<br>Evansville, IN 47706 | 1,000 | Common Stockholder |

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | | |
|---|---|---|
| Gary J. Visser<br>7723 Oak Creek Ct.<br>Pleasanton, CA 94588 | 7,348 | Common Stockholder |
| Gerald And Myra S. Dorros<br>Irrevocable Trust; Fairbanks Ranch<br>6021 Avenida Altera - PO Box 1941<br>Rancho Santa Fe, CA 92067 | 0 | Common Stockholder |
| Gerald And Myra S. Dorros<br>Fairbanks Ranch<br>6021 Avenida Altera - PO Box 1941<br>Rancho Santa Fe, CA 92067 | 500,000 | Preferred Stockholder |
| GOI Strategic Investments (HK) Limited<br>Attn: Harry Ong Kim Seng<br>17th Floor No. 1, Hysan Ave.<br>Calisenay Bay -Hong Kong, | 500,000 | Preferred Stockholder |
| Gordon L. Buhle<br>N/A | 911 | Common Stockholder |
| Gregg Weissman<br>23510 Skyview Terrace<br>Los Gatos, CA 95033 | 750 | Common Stockholder |
| Gregory W. Piper<br>N/A | 2,687 | Common Stockholder |
| Heidi Bridenhagen<br>11085 Beach Road<br>Sister Bay, WI 54234 | 50 | Common Stockholder |
| International Business Machines Corp.<br>C/O John Patrick<br>Route 100<br>Somers, NY 10589 | 10,407 | Common Stockholder |
| Ivan Bridenhagen<br>11085 Beach Road<br>Sister Bay, WI 54234 | 50 | Common Stockholder |
| J. Stuart Vaeth<br>40 Wainwright Road<br>Winchester, MA 01890 | 1,100 | Common Stockholder |
| James & Judith Conklin As Trustees Of<br>The Conklin Family Trust<br>PO Box 8963<br>Wilmington, DE 19899 | 12,500 | Preferred Stockholder |
| James E. Zmuda<br>N/A | 3,836 | Common Stockholder |
| James F. Lucas<br>P.O. Box 8723<br>Jackson, WY 83002 | 50 | Common Stockholder |
| Janie Kuo<br>11692 Westshore Ct.<br>Cupertino, CA 95014 | 88 | Common Stockholder |
| Jeff Bach<br>2380 S. Skyview Dr.<br>Palm Springs, CA 92264 | 5,337 | Common Stockholder |
| Jeremey Barrett<br>15250 Gray Ridge Dr., #118<br>Houston, TX 77082 | 1,987 | Common Stockholder |
| Jill A. Prather<br>2139 Pierce St., Suite 2<br>San Francisco, CA 94115 | 1,250 | Preferred Stockholder |
| Jill A. Prather<br>2139 Pierce St., Suite 2<br>San Francisco, CA 94115 | 5,000 | Preferred Stockholder |
| JJTUASON Limited Partnership<br>N/A | 5,000 | Common Stockholder |

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | | |
|---|---|---|
| JLDolphin Limited Partnership<br>98 Main Street #601<br>Tiburon, CA 94920 | 5,000 | Common Stockholder |
| Joan Valine & Michael Saw,<br>Joint Tenants In Common<br>2069 Foxhall Loop<br>San Jose, CA 95125 | 14 | Common Stockholder |
| John Miller<br>41 Applegreen Drive<br>Old Westbury, NY 11568 | 750,000 | Preferred Stockholder |
| John N. Young<br>1467 Myrtle Ave.<br>San Jose, CA | 666 | Common Stockholder |
| John Peterson<br>9000 N. Pelham Pkwy<br>Bayside, WI 53217 | 150 | Common Stockholder |
| John Peterson<br>As Custodian For Isak Peterson<br>9000 N. Pelham Pkwy<br>Bayside, WI 53217 | 50 | Common Stockholder |
| John Peterson<br>As Custodian For Stefan Peterson<br>9000 N. Pelham Pkwy<br>Bayside, WI 53217 | 50 | Common Stockholder |
| John Sweet<br>N/A | 3,974 | Common Stockholder |
| Joy Dolphin<br>98 Main Street #601<br>Tiburon, CA 94920 | 8,750 | Common Stockholder |
| Joyce Peterson<br>28 Woodside Way<br>Ross, CA 94957 | 750 | Common Stockholder |
| Judy Tuason<br>1015 Lakewood Dr.<br>Barlett, IL 60103 | 1,250 | Common Stockholder |
| Karen Randall<br>20 Elena Drive<br>Jackson, NJ 08527 | 374 | Common Stockholder |
| Kerri Nixon<br>Brisbane, Queensland, AU, | 729 | Common Stockholder |
| Kevin O'Neill<br>955 The Dales<br>Sunnyvale, CA 94087 | 4,848 | Common Stockholder |
| Khalid Shekh<br>4834 Nelson Street<br>Fremont, CA 94086 | 40 | Common Stockholder |
| Kim A. Cabaj<br>600 Central Ave., #144<br>Riverside, CA 92507 | 50 | Common Stockholder |
| Larry Eugene Pontius<br>1600 Sonia Drive<br>Birmingham, AL 35235 | 3,000 | Common Stockholder |
| Lawrence Fassler<br>55 Retiro Way<br>San Francisco, CA 94123 | 75,000 | Preferred Stockholder |
| Leeann K. Lucas<br>1950 Chermeketa NE<br>Salem, OR 97301 | 50 | Common Stockholder |
| Linda De Los Reyes<br>N/A | 499 | Common Stockholder |

© 1993-2007 EZ-Filing, Inc. (1-800-998-2424) - Forms Software Only

| | | |
|---|---|---|
| Loretta Gardner Miller<br>6234 Bellhaven Place<br>Newark, CA  94560 | 199 | Common Stockholder |
| Lou Brown<br>4801 Maury Lan<br>Alexandria, VA  22304 | 1,000 | Common Stockholder |
| LSC Fund II LP<br>C/O Lakestreet Capital<br>601 Montgomery St. 16th Fl.<br>San Francisco, CA  94111 | 10,407 | Common Stockholder |
| Lynda E. Lucas<br>911 Victoria<br>Navasota, TX  77868 | 50 | Common Stockholder |
| Malchow Family Trust<br>28481 Via Mambrino<br>San Juan Capistano, CA  92675 | 50,000 | Preferred Stockholder |
| Maral Velasco<br>2721 Midtown Ct., #315<br>Palo Alto, CA  94303 | 389 | Common Stockholder |
| Marilyn Dickens<br>631 Second Ave.<br>Iowa City, IA  52245 | 1,750 | Common Stockholder |
| Mark J. Sutherland<br>1209 Eagle Ridge Way<br>Milpitas, CA  95035 | 43,310 | Common Stockholder |
| Mark Schertler<br>N/A | 171 | Common Stockholder |
| Mary E. Marquez<br>2902 Fallwood Lane<br>San Jose, CA  95132 | 35 | Common Stockholder |
| Mary Wagner<br>North 11 352 County CTYY<br>Brownsville, WI  53006 | 750 | Common Stockholder |
| Michael L. Patnode<br>N/A | 125 | Common Stockholder |
| Misuk Park<br>N/A | 185 | Common Stockholder |
| Moder Version Limited<br>Attn: Alan Lim<br>8 Cross Street #11-00 PWC Building<br>Singapore - 048424, | 750,000 | Preferred Stockholder |
| Nancy C. Healey<br>4247 25th Street<br>San Francisco, CA  94114 | 150 | Common Stockholder |
| Netscape Communications Corp.<br>Attn: Peter Currie<br>501 E. MiddleField Rd.<br>Mt. View, CA  94043 | 6,938 | Common Stockholder |
| NG Poh Chuan<br>52 Bukit Batok, St 31 #14-07 The Madeira<br>Singapore 443659, | 50,000 | Preferred Stockholder |
| Nicholas Efthymiou<br>612 Riviera<br>Tampa, FL  33606 | 150,000 | Preferred Stockholder |
| Nicholas Unkovic And Elizabeth Unkovic<br>1950 12th Ave.<br>San Francisco, CA  94116 | 12,500 | Preferred Stockholder |
| Nonie Veccia<br>N/A | 7 | Common Stockholder |
| Orest V. Baidan<br>1270 Vicente Dr., Apt H<br>Sunnyvale, CA  94086 | 67 | Common Stockholder |

© 1993-2007 EZ-Filing, Inc [1-800-998-2424] - Forms Software Only

| | | |
|---|---:|---|
| Painewebber Inc. FBO Janet Lynn Peterson<br>Attn Stephen Yates<br>5 Revere Drive<br>Northbrook, IL  60030 | 25,000 | Preferred Stockholder |
| Paul Dickens<br>631 Second Ave.<br>Iowa City, IA  52240 | 3,000 | Common Stockholder |
| Paul Hayn<br>16489 W. 12th. Road<br>Plymouth, IN  46563 | 750 | Preferred Stockholder |
| Paul Wong<br>5409 Alamo Terrace<br>Freemont, CA  94555 | 10,450 | Common Stockholder |
| Per Robert Karchowski<br>N/A | 1,781 | Common Stockholder |
| Peter Edmond Yee<br>116 Flynn Ave., #A<br>Mt. View, CA  94043 | 338 | Common Stockholder |
| Peter Foo<br>C/O Peninsula Holdings, Inc.<br>550 Montgomery St. Suite 700<br>San Francisco, CA  94111 | 6,250 | Common Stockholder |
| Peter Foo<br>C/O Peninsula Holdings, Inc.<br>550 Montgomery St. Suite 700<br>San Francisco, CA  94111 | 12,500 | Preferred Stockholder |
| Peter O. Peterson IV<br>1160 Greewich, Apt. 100<br>San Francisco, CA | 150 | Common Stockholder |
| Pierre Wolff<br>N/A | 253 | Common Stockholder |
| PopJan Limited Partnership<br>98 Main Street #601<br>Tiburon, CA  94920 | 215,618 | Common Stockholder |
| PPETERSON IV Limited Partnership<br>98 Main Street #601<br>Tiburon, CA  94920 | 5,000 | Common Stockholder |
| R. Earle Sweat<br>N/A | 760 | Common Stockholder |
| Randy V. Sabett<br>N/A | 490 | Common Stockholder |
| Richard Dickens<br>1099 Lancaster Ct.<br>Hoffman Estates, IL  60195 | 3,000 | Common Stockholder |
| Richard E. Lawson<br>1276 Laurel Court<br>Vass, NC  28394 | 1,250 | Preferred Stockholder |
| Robert & Jody Lashinski<br>The Lashinski Living Trust<br>9519 Mill Station Road<br>Sebastopol, CA  95472 | 750,000 | Preferred Stockholder |
| Robert Schneider<br>Gisela Kai 45<br>A-5020 Salzburg - GER, | 100,000 | Preferred Stockholder |
| Ronald R. Peterson<br>1345 E. 24th<br>Oakland, CA  94501 | 150 | Common Stockholder |
| RPETERSON Limited Partnership<br>98 Main Street #601<br>Tiburon, CA  94920 | 5,000 | Common Stockholder |
| Russell C. Lucas<br>N/A | 50 | Common Stockholder |

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | | |
|---|---:|---|
| Russell D. Housley<br>918 Spring Knoll Drive<br>Herndon, VA 20170 | 5,500 | Common Stockholder |
| Ruth Mitchell<br>5117 Sherwood Road<br>Little Rock, AR 72207 | 150 | Common Stockholder |
| Sayuri Nishimura<br>21143 Patriot Way<br>Cupertino, CA 95014 | 32 | Common Stockholder |
| SCM Microsystems, Inc.<br>Attn: CFO<br>41470 Christy Street<br>Fremont, CA 94539 | 1,775,000 | Preferred Stockholder |
| Scott Loftesness<br>N/A | 100 | Common Stockholder |
| Scott Solano<br>190 Thatchers Hills Road<br>Flemington, NJ 08822 | 62,500 | Preferred Stockholder |
| Sebastian De Witt Hassell<br>296 Beach Road<br>Belvadere, CA 94920 | 100 | Common Stockholder |
| Shields Family Trust<br>12531 Paseo Cerro<br>Saratoga, CA 95070 | 5,893 | Common Stockholder |
| Stephanie Newman<br>2416 Jessica St.<br>Conway, AR 72032 | 50 | Common Stockholder |
| Stephen Gardner<br>11727 Woodley Ave.<br>Granada Hills, CA 91344 | 50 | Common Stockholder |
| Stertzer Children's Trust<br>C/O Simon H. Stertzer, M.D.<br>699 Joaquin Lane<br>Santa Fe, NM 87501 | 125,000 | Preferred Stockholder |
| Stertzer Family Trust<br>C/O Simon H. Sterzer, M.D.<br>699 Joaquin Lane<br>Santa Fe, NM 87501 | 500,000 | Preferred Stockholder |
| Sue Pontius<br>PO Box 1957<br>Laguna Beach, CA 92652 | 249,356 | Common Stockholder |
| Tammy Chuchen<br>2090 Las Lunas St.<br>Pasadena, CA 91107 | 72 | Common Stockholder |
| Thomas K. Rowland<br>P.O. Box 33157<br>Los Gatos, CA 95031 | 650 | Common Stockholder |
| Thomas P. Dickens<br>520 High Drive<br>Laguna Beach, CA 92651 | 6,312 | Common Stockholder |
| Thomas P. Dickens<br>520 High Drive<br>Laguna Beach, CA 92651 | 6,312 | Common Stockholder |
| Thomas P. Dickens<br>520 High Drive<br>Laguna Beach, CA 92651 | 1,625 | Preferred Stockholder |
| Thomas P. Dickens<br>520 High Drive<br>Laguna Beach, CA 92651 | 50,000 | Preferred Stockholder |
| Thomas Peter Oberlechner<br>N/A | 1,781 | Common Stockholder |

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| Name | Shares | Type |
|---|---|---|
| Thomas Sugar<br>1139 Peterson Family Road<br>Carlisle, AR 72024 | 50 | Common Stockholder |
| Thor R. Peterson<br>P.O. Box 975<br>Ross, CA 94957 | 150 | Common Stockholder |
| Timothy Dickens<br>12 East Dubuque<br>Iowa City, IA 52240 | 1,500 | Common Stockholder |
| Transcorp C/F Michael S. Pliner<br>I1RZ-7691-OR<br>15257 Hune Drive<br>Saratoga, CA 95070 | 750 | Preferred Stockholder |
| Transcorp C/F Michael S. Pliner<br>I1RZ-7691-OR<br>15257 Hune Drive<br>Saratoga, CA 95070 | 25,000 | Preferred Stockholder |
| Trevor Macarewich<br>111 Hoffman Ave.<br>San Francisco, CA 94114 | 438 | Common Stockholder |
| TRPETERSON Limited Partnership<br>98 Main St, #601<br>Tiburon, CA 94920 | 5,000 | Common Stockholder |
| Vichon Nevelle SA Uruguay (De La Fuente)<br>C/O(Facundo)<br>Av Del Libertador 2558<br>Buenos Aires 1425 - ARG, | 500,000 | Preferred Stockholder |
| Virginia Hassel<br>1139 Peterson Family Road<br>Carlisle, AR 72024 | 50 | Common Stockholder |
| Wayne Minton<br>1850 Marich Way<br>Mt. View, CA 94040 | 67 | Common Stockholder |
| William Bialick<br>7150 Moorland Dr.<br>Clarksville, MD 21029 | 3,869 | Common Stockholder |
| William Dale POntius<br>7821 South View Lane<br>Bessemer, AL 35023 | 3,000 | Common Stockholder |
| William Ted Stein<br>360 Springpark Circle<br>San Jose, CA 95136 | 7,853 | Common Stockholder |
| Windrock Enterpirses LLC, NV<br>C/O Simon H Sterzer, M.D.<br>6770 Bermuda Road<br>Las Vegas, NV 89119 | 125,000 | Preferred Stockholder |

© 1993-2007 EZ-Filing, Inc [1-800-998-2424] - Forms Software Only